UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

IN RE: **HUCKLEBERRY I, LTD**   CASE NO. 09-42091

                                                                                         CHAPTER 11

     DEBTOR   HON.

_____/

## DEBTORS' ANSWER TO TRUSTEE'S MOTION TO CONVERT CASE TO A CHAPTER 7 PROCEEDING

NOW COMES the Debtor, by and through his attorney, David I. Goldstein, and say, by way of his Response to Trustee's Motion to dismiss, that;

1. Debtor admits the allegations contained in paragraph 1 of the Motion for the reason that the same are true;

2. Debtor denies the allegations contained in paragraph 2; as of the date of this answer all operating reports have been submitted;

3. Debtor denies the allegations contained in paragraph 3; as of the date of this answer all fees have been paid;

4. Debtor makes no response to the allegations contained in paragraph 4 of the Motion, being without sufficient knowledge, but leaves moving party to its proofs;

5. Debtor neither admits nor denies the allegations contained in paragraph 6 of the Motion;

6. Debtor denies the allegations contained in paragraph 7 as of the date of this answer all fees have been paid;

WHEREFORE Debtor prays that the Motion be denied.

August 26, 2009                                   /s/ David I. Goldstein
                                                  David I. Goldstein (P14130)
                                                  Attorney for Debtors
                                                  2010 Hogback, Ste. 2
                                                  Ann Arbor, MI 48105
                                                  (734)971-0110
                                                  Dstinger2684@sbcglobal.net