UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                Case No. 09-59242-TJT

**KELVIN LANCE MADISON,**                  Chapter 7
**LORI KAI MADISON,**
                                                            JUDGE THOMAS J. TUCKER
         Debtors.
_____/

**ORDER DISMISSING CHAPTER 7 CASE**

This case came before the Court on the Motion of the United States Trustee for an order dismissing this case under the provisions of § 707(b)(2) and (3) of the Bankruptcy Code (Docket # 19). The Debtor filed a response, and a hearing was held on September 23, 2009 and an order adjourning the hearing to November 4, 2009 was entered on September 30, 2009 (Docket # 26). A hearing was held on November 4, 2009, at which the Debtors and Debtors' counsel failed to appear. For the reasons stated by the Court on the record during the hearing on November 4, 2009,

      **IT IS ORDERED** that this case is **DISMISSED** based on 11 U.S.C. §§ 707(b)(2) and 707(b)(3).

**Signed on November 04, 2009**

                                                                              **/s/ Thomas J. Tucker**
                                                                    **Thomas J. Tucker**
                                                         **United States Bankruptcy Judge**